KEISTER, Respondent, v. RANKIN, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by George Keister against William Rankin. C. De H. Brower, for appellant. E. A. Hibbard, for respondent. No opinion. Judgment affirmed, with costs. See 51 N. Y. Supp. 634, 53 N. Y. Supp. 1107, 54 N. Y. Supp. 274, and 67 N. Y. Supp. 1136.

KELLOGG, Respondent, v. ALBANY & H. RY. & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by Bradford D. Kellogg, as administrator, etc., of Maud M. Kellogg, deceased, against the Albany & Hudson Railway & Power Company. No opinion. Motion granted. Order to be settled by CHASE, J., if parties cannot agree.

KENNEDY, Respondent, v. HALLAUER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Henry C. Kennedy against John W. Hallauer and another.

PER CURIAM. Order modified, so as to provide that within five days the defendants file with the clerk of Onondaga county the letters and telegrams constituting the correspondence between the parties relating to the subject-matter of the action, or, at their election, copies of such letters and telegrams, and that they notify the plaintiff's attorney of such filing, and that the plaintiff have $10 costs of the motion to abide the event, and no other costs; and, as so modified, the order is affirmed, without costs of this appeal to either party.

KING, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Thomas King against Patrick Norton. No opinion. Order 72 N. Y. Supp. 591, affirmed, with $10 costs and disbursements.

KIRKWOOD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Thomas Kirkwood against Harry M. Smith, impleaded. No opinion. Further argument set down for Thursday, April 24th.

KNIGHT, Respondent, v. LANIER, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Charles W. Knight against James F. D. Lanier. No opinion. Motion denied.

KNOWLES, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Frederick W. P. Knowles against the city of New York and others. No opinion. Appeal transferred to the First department.

KOCH v. FOX et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Margaretha Koch, as administratrix, against Richard K. Fox and another. No opinion. Motion denied.

KOERNER, Respondent, v. GERBEREUX, Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Louis Koerner, an infant, against Eugene Gerbereux. F. V. Johnson, for appellant. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs.

KOLB, Appellant, v. NATIONAL SURETY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by John Kolb against the National Surety Company. No opinion. Judgment affirmed, with costs. All concur, except DAVY, J., not voting.

KOMP, Appellant, v. RAYMOND, Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Frederick Komp against James T. Raymond, as president. J. S. Epstein, for appellant. J. L. Hill, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Paget v. Melcher, 42 App. Div. 76, 58 N. Y. Supp. 913.

VAN BRUNT, P. J. I think that the former decision of the appellate division (58 N. Y. Supp. 909) covers the questions raised on the present appeal; but, as there was a dissent in the former case, in which I concur. I now dissent.

In re LASKEY. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) In the matter of the application of Samuel D. Laskey for admission to the bar. No opinion. Application granted.

LEVINE v. GOLDSMITH. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Julius Levine against Gustavus A. Goldsmith. No opinion. Motion denied, with $10 costs.

LEVINE v. GOLDSMITH. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Julius Levine against Gustavus A. Goldsmith. No opinion. Motion denied.

LEVY, Respondent, v. SCHREYER, Appellant. (Supreme Court, Appellate Division. First Department. April 11, 1902.) Action by Ephraim B. Levy against John Schreyer. A. Thain, for appellant. S. Baker, for respondent. No opinion. Judgment affirmed, with costs, on the authority of 27 App. Div. 282, 50 N. Y. Supp. 584.

LEWIS, Respondent, v. BROOKLYN CITY CO-OP. BUILDING & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Sec-